| Betty Jo Leonard | § | From the 320th District Court |
| Appellant | | Of Potter County |
| v. No. 07-07-00249-CR | § | July 6, 2007 |
| The State of Texas | § | Opinion  by Justice Pirtle |
| Appellee | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated July 6, 2007, it is ordered, adjudged and decreed that this appeal is dismissed.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those which may have been paid are adjudged.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o